MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
Voluntary Arbitration Tribunal

In the Matter of the Arbitration
Between
Scott Boras Corporation,

    Grievant/Counter-Respondent,

      and

GARY SHEFFIELD,

    Respondent/Counter-Grievant.
_____/

ARBITRATION BEFORE
JOSHUA M. JAVITS
VOLUME I
March 13, 2007
10:51 a.m. - 3:29 p.m.

Tampa, Florida
----------------------------------

REPORTED BY:
[redacted]
Notary Public
State of Florida at Large

---

APPEARANCES (Continued):

DOYLE PRYOR, ESQUIRE
ASSISTANT GENERAL COUNSEL
Major League Baseball Players Association
12 East 49th Street
New York, N.Y. 10017
212-826-0808

Also Present:

Gary Sheffield

Page 3

---

APPEARANCES:

Joshua M. Javits - ARBITRATOR

JAMES J. FERRUZZO, ESQUIRE
FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
949-608-6900
and
GEORGE VUJOVICH, ESQUIRE
RYAN LUBNER, ESQUIRE
Boras Corporation
18 Corporate Plaza Drive
Newport Beach, California 92660
949-760-0188

Attorneys for Grievant/Counter-Respondent,
Scott Boras Corporation

JANELL M. BYRD, ESQUIRE
THE COCHRAN FIRM
1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, D.C. 20005
202-682-5800
and
ERIC FERRER, ESQUIRE
2200 Main Street, Suite 521
Wailuku, Hawaii 96793
808-244-1160

Attorneys for Respondent/Counter-Grievant,
Gary Scheffield

Page 2

---

EXHIBIT A

<a>
</a>

<b>
</b>

1   The arbitration proceedings, Volume I, were taken
2   on Tuesday, March 13, 2007, commencing at 10:51 a.m. at
3   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4   ▓▓▓▓▓▓, Tampa, Florida.  Said arbitration
5   proceedings were reported by ▓▓▓▓▓▓▓▓ RPR,
6   Notary Public, State of Florida at Large.
7   - - - - - - - - - -
8   WHEREUPON:

Page 5

---

THE ARBITRATOR: ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The parties have agreed, off the record, that anything said in this room, presented in this room, discussed in this room in arbitration be kept confidential and not be publicized beyond this room.

Mr. Pryor indicated that a brief summary of the proceedings he may -- Mr. Pryor will make to his executive board, but beyond that it will not be publicized.

The decision of the arbitrator, however, is available for parties to use in subsequent proceedings.  And with respect to the use of the arbitrator's decision, the parties may, if they wish, agree to some limitation.

Page 7

---

Page 6

---

Is that agreeable to the parties?  Is that an accurate representation of what the parties discussed?
   MR. FERRUZZO: Yes.
   MS. BYRD: Yes.

Page 8